IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OFELIA SAN FILIPPO : <br> : <br> : CIVIL ACTION NO. 02-CV-3871 <br> Plaintiff, : <br> : <br> v. : <br> : <br> BAYER CORPORATION; : ENTRY OF APPEARANCE <br> BAYER AG; : <br> GLAXOSMITHKLINE, PLC; : <br> GLAXOSMITHKLINE; : <br> SMITHKLINE BEECHAM : <br> : <br> Defendants. : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____    _____
Hope S. Freiwald                                         Aline Fairweather

_____    _____
Alison T. Conn                                            Kirstin J. Miller

Dated: July _____, 2002        DECHERT PRICE & RHOADS
                                                              4000 Bell Atlantic Tower
                                                               1717 Arch Street
                                                               Philadelphia, PA  19103-2793
                                                               (215) 994-4000